IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR FLORES, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT KERESTES, et al. | : | |
|     Respondents. | : | NO. 13-2889 |

### ORDER

JOEL H. SLOMSKY, J.

    AND NOW, this 2nd day of December 2013, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* (Doc. 1) and Motion for Abeyance (Doc. 4), and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    i.    The Report and Recommendation is APPROVED and ADOPTED.

    ii.    The petition for Writ of *Habeas Corpus* is STAYED and held in ABEYANCE until the conclusion of petitioner's state court proceedings.

    iii.    Petitioner shall notify this federal court within forty-five (45) days following the conclusion of his state court proceedings. If petitioner does not return to federal court within forty-five (45) days following the conclusion of state proceedings, this stay and abeyance order is vacated and his petition is dismissed without prejudice.

    iv.    There is no probable cause to issue a certificate of appealability.

    v.    The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

**ENTERED**

DEC 0 2 2013

**CLERK OF COURT**

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.